**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Monserrat CANTU–CRUZ, Defendant—
Appellant.**

**No. 04–10350.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 16, 2006.

Anne E. Mosher, Esq., Christina M. Cabanillas, Esq., USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff—Appellee.

Leslie A. Bowman, Esq., Law Office of Leslie A. Bowman, Tucson, AZ, for Defendant—Appellant.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

MEMORANDUM **

Monserrat Cantu–Cruz appeals from the 46–month sentence imposed following his guilty plea conviction for illegal entry after deportation, in violation of 8 U.S.C. § 1326(a), as enhanced by (b)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

The parties' joint motion for a limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc), is **GRANTED** and the sentence is **REMANDED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

